Dr. Roland M. Clarke
1957 W. 1st Ave #3
Vancouver BC V6J1G6

Pro Se Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALPHAMETRIX GROUP, LLC, a Delaware limited liability company,

    Plaintiffs,

vs.

Roland Clarke,

    Defendant

) Case No.: 11-cv-00480
)
) Declaration of Dr. Roland Clarke in
) support of opposition to motion for
) default
)
) Judge: Gary Feinerman
) Magistrate Judge: Arlander Keys
) Courtroom: 1725

**FILED**
JUN -9 2011
JUN 9 2011
Judge Gary Feinerman
United States District Court

## Background

Dr. Roland Clarke (*Pro Se* Defendant) is being sued by large financial services company Alphametrix, LLC for allegedly posting harmful things on the Internet. *Pro Se* Defendant Dr. Roland Clarke denies and refutes such charges. Dr. Roland Clarke is acting in the best interest of the world at large by exposing the flagrant ethical and legal violations of financial services firm ALPHAMETRIX GROUP LLC.

## Declaration

1) I am Pro Se Defendant Dr. Roland Clarke
2) I have personal knowledge of the matters set forth herein and if called as a witness in the above captioned case I would testify to the facts set forth in this Declaration.
3) Alphametrix is a financial services firm under which I was employed from June 1st, 2009 to April 20th, 2010.
4) I received my PhD from Stanford University in 2004 and have worked as an IT and Network Security Consultant for many years.
5) During the period of June 1st, 2009 to the middle of September 2009 I was employed as a member of the Research Department of ALPHAMETRIX GROUP LLC and was involved in conducting due diligence on external financial services

[Declaration of Dr. Roland Clarke in support of opposition to motion for default] - 1 of 5

companies wishing to become listed on the ALPHAMETRIX Managed Account Platform. During this time I developed methodologies for assessing the maturity and robustness of the IT components of these prospective partner firms given the current regulatory framework.

6) In the middle of September 2010, I became Director of IT for Alphametrix and began to conduct due diligence on the firm - Alphametrix - itself based on the methodologies developed as part of the Research Department

7) Subsequent to becoming Director of IT at Alphametrix, I found that most if not all of the information provided to investors, partners and the outside world with regard to IT security, robustness, practices, and development was false.

8) During the next several months I urgently requested resources from management at every level to be allowed to improve our IT infrastructure and correct the mistakes of previous employees and was continually denied these resources.

9) Mistakes and mischaracterizations of the IT posture of Alphametrix include but were not limited to:

   a. Creating false and misleading organization charts showing David Sworder as head of the IT department. This was done because David Sworder created the flagship "Mosaic" software and ran it from his home in San Diego. David Sworder was not and to my knowledge never was the head of the IT department at Alphametrix. David Sworder worked alone from his house in San Diego.

   b. No one at Alphametrix was allowed to see any code regarding "Mosaic" including myself, the Director of IT. This is in direct violation of Sarbanes-Oxley IT provisions designed to prevent key man risk. "Mosaic" software was integral to all systems at Alphametrix including determining cash moves.

   c. Alphametrix regularly issued responses to due diligence questionnaires claiming a state of the art business continuity system that replicated all critical functions to a collocation facility. After several months as Director of IT, I discovered (despite continual obfuscation of employees under me) that the system had never been completed, had never been tested, and did not work.

10) On or about November 2010 I was asked by Alphametrix Director Janszen Schneider to report on our IT department for an external financial partner. He talked to me in private in his office and asked me to lie because "that was the only way

[Declaration of Dr. Roland Clarke in support of opposition to motion for default] - 2 of 5

we are going to get approved". I did my best to paint a good picture of the department without penning a direct falsehood.

11) Shortly after firing two senior members of the IT staff I discovered that Alphametrix had not purchased any of the software that was currently in use. This discovery was made because of a threat by IT member Bill Pappas that if he was fired that he would report the company for software license violations. It was thus known by Bill Pappas, Director of Networking at Alphametrix, that Alphametrix was in violation. It is my current believe that these violations were approved by the CEO. At least one month of work was required to catalog and purchase software from Microsoft, Adobe and other major software companies in order to narrowly avoid paying large damages due to license violations. Opposing counsel for the plaintiff, William T McGrath, can attest to the facts of this assertion. William T McGrath was the attorney involved in responding to the complaint by the software licensing organization.

12) In early spring of 2010 I was asked by Lisa Halco, Director of Human Resources, to erase an email that "could hurt us". She told me that "Charlie wanted me to erase it". Charlie Penna was a senior manager at Alphametrix. I told her that it was not possible and that it was a bad idea. This request represented a clear violation of SEC regulations involving retention of records by financial services firms.

13) Given increasing opposition to providing resources necessary to repair inoperable hardware and software systems, I began sending emails to my boss, David Young, and other members of the Alphametrix Group regarding these difficulties.

14) During a meeting on April 20th with David Young, I told him again of the repeated and flagrant violations of law and ethics of which Alphametrix was guilty. He responded with complete disbelief and disregard, despite the fact that many of the issues – including the ones regarding key man risk David Sworder were known to him. Later that day, I received an email from David Young telling me that if I had any complaints that I should talk to the Chief Compliance Officer, Lisa Tamburini.

15) At approximately 4 PM on April 20th I sent an email to Lisa Tamburini describing the various legal and ethical violations of which I believed Alphamatrix to be guilty. A copy of this email is provided as Appendix A.

16) Later that night, I received a text message from a friend of mine in the Research Group, Chris Art that I had been fired due to "the email that I sent

[Declaration of Dr. Roland Clarke in support of opposition to motion for default] - 3 of 5

out". I assumed that the CEO was still in the office and that my immediate dismissal due to the report to Lisa Tamburini became common knowledge to those remaining in the office.

17) Upon arriving at work on the morning of April 20th, 2010, I was told that "I was done" by David Young. No reason was given for my removal. I was not allowed to enter the building to obtain my personal effects. I returned all Alphametrix company property to David Young immediately, and promptly left the premises.

18) To my knowledge, no investigation was conducted by the Chief Compliance Office of the claims that I made in my report of April 20th.

19) Shortly after I was told I "was done" I decided to start writing a blog of my experiences at Alphametrix because any investor that may be interested in their services and any financial company that wished to partner with them should know the truth regarding the misstatements and ethical violations of this company.

### Response to charges made by Alphametrix

1) Plaintiff alleges that postings on alphametrix.biz violated Alphametrix copyright. This is false. My use of the alphametrix.biz internet location falls clearly under the fair use of trademarks because it was a parody. At the bottom of every page of the site "alphametrix.biz" it was clearly stated that the information was a parody. Statement reproduction is provided here as "Spade Removal Company. This is a Parody. Thus, fair use of copyright material clearly applies. Federal court precedents involving parody as fair use may be found in:

- EVEREADY BATTERY CO., INC. v. ADOLPH COORS CO 765 F.Supp. 440 (1991)
- Leibovitz v. Paramount Pictures Corp., 137 F.3d 109 (2d Cir. N.Y. 1998)
- Hustler Magazine, Inc. v. Moral Majority, Inc., 606 F. Supp. 1526 (C.D. Cal. 1985)

2) Plaintiff charges that my use of alphametrix.biz constitutes "cybersquating" and violates the copyright of ALPHAMETRIX GROUP LLC. This is a false claim. The use of site location "alphametrix.biz" is no more a violation of the copyright of ALPHAMETRIX GROUP LLC, than

[Declaration of Dr. Roland Clarke in support of opposition to motion for default] - 4 of 5

the current lawful use of the site location alphametrix.de by the german biotech company "Alphametrix Biotech GmbH".

3) Plaintiff alleges false blog postings with regard to practices and facts regarding Alphametrix. This charge is false. Postings were all 100% truthful statements with regard to defendant's knowledge of the company Alphametrix and therefore are protected by my right to free speech. Given that I am convinced that ALPHAMETRIX GROUP LLC regularly dissembles to investors and business partners it is perfectly legal and moral for me to talk truthfully and spread this important information as broadly as possible.

4) Plaintiff urges an order directing the transfer of "alphametrix.biz". This order is unnecessary and unwarranted by argument of above 3).

5) Plaintiff charges that I wished to profit from my actions. This charge is false.

## Conclusion

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of June, 2011

Pro Se Dr. Roland Clarke

[Declaration of Dr. Roland Clarke in support of opposition to motion for default] - 5 of 5

# Exhibit A
(Email sent to Alphametrix Chief Compliance Officer Lisa Tamburini on April 20th, 2010)

Possible Violations of Ethics, Best Practices and/or Regulations by AlphaMetrix

1) The Director of IT was asked by the head of HR whether to erase an email. Her premise was that Charlie (Penna) received an email that could "hurt us" and that he needed it erased. I told her that this was near impossible to do and not a good idea since if there was an investigation it would be discovered. I was essentially asked to break the law as I knew it. Outside consultants from E-merging technologies had access to our network a few weeks later and failed to show any sign of normal progress on the task that they were assigned. I suspect but have no proof that they became involved in this issue.

2) Repeated and unexplained delays in approving funding required for necessary technology demanded by regulations involving IT - smarsh to prevent emails from being erased, delayed over three months despite a reasonable monthly fee; iron mountain to prevent erasing of files - delayed more than four months, threats to fire the key person responsible for determining whether file replication is occuring properly despite the positive assessment of performance by his superior. These all amount to a systematic attempt to shirk corporate responsibilities to NFA, SEC and SOX regulations regarding proper document archival systems.

3) The CEO personally told me not to "bother" the chief software architect despite the full knowledge that present development practices on Mosaic violated SOX regulations. Meetings were conducted before Jan 1 regarding the critical importance of David Sworder needing to make changes to his software development practices. These meetings were attended by Karen Kreger, Charlie Penna, Aleks Kins, Julie Demateo, myself and others. The CEO has full knowledge that Mosaic touches accounting and violates SOX IT methodology regulations that are designed to prevent fraud. I am prevented from doing my job as Director of Technology pertaining to Mosaic and known regulations by the CEO directly. I told Lisa Tamburini, the Chief Compliance Officer, that Aleks needed to tell David Sworder to make changes to his development practices, and she told me not to send an email but to discuss it with him verbally. She has not inquired in to this matter since this time. During an interview with internal auditors I was forced say that "I did not know" the state of Mosaic development in order to avoid lying or exposing flagrant regulatory violations.

4) Deceptive and misleading organizational charts. Org chart released to investors and managers show David Sworder as the head of the IT department. David Young, and before him Jeanie McNamara was my boss, never David Sworder. Job descriptions are kept diliberately vague so the company can continue to misrepresent development practices around flagship Mosaic software.

5) Misleading or known to be false statements on the website. Specific statements regarding the performance of Mosaic known to be completely false still appears despite repeated warnings by David Sworder. When the Head of Marketing is asked where statement came from, he first said "compliance" and then wrote in an email that it was just something he had heard. This is a direct violation of NFA rules regarding delivery information through websites, and the specific reason why controls need to be in place regarding this process.

6) Misleading or known to be false statements reported on our Due

Diligence Questionaire responses. A brief survey of our past DDQs will show that development practices involving, and capabilities of, our flagship software was deliberately misrepresented. These misrepresentations extended to descriptions of our IT infrastructure, our disaster recovery capabilities, and network security. Nearly every aspect of our network and IT infrastructure was embellished, misrepresented, or flagrantly fabricated.

7) Clients and Managers were told that we reconcile trades long before any system existed to do so. This task is now performed only in a completely superficial way as to satisfy the claim. No one in senior management was ever interested in the quality of the process, but merely whether we could say that we did it. This was a marketing value proposition only.

8) Source code for flagship software is not in the possession of the company (to my knowledge) despite reliance on this software by the accounting department. No person other than David Sworder has ever seen, let alone reviewed, any of this code to my knowledge. Glaring errors pervade the software in obvious ways such as correlations being calculated as greater than 1. Continued reliance on this software in it's next iteration using the same flawed methodology with the same single programmer is the stated plan of the CEO. David Sworder has clearly stated his continued intent to disallow any access to any code by anyone at AlphaMetrix.

9) Not a single person at the AlphaMetrix can tell me whether AlphaMetrix owns Mosaic software. Control of content, processes, even availability of the application are thus outside the control of the company. Mosaic does not just report information to clients, it is used by accounting to determine cash moves.

10) Flagrant and Informed software piracy. When I became IT director, I discovered that virtually all of the commercial software used by the company was pirated. There is no doubt in my mind that the CEO and other members of senior staff were aware of this. The company narrowly avoided a lawsuit because of actions taken by myself to remedy the situation. This problem was solved in the same manner that uncountable similar such problems have been solved by this company in past, by firing the employees that were told to execute the violations and then denying knowledge. AlphaMetrix senior management is constantly shocked regarding violations about which they had full participation.

With the knowledge of all of these ethical and regulatory violations, senior managent not only does nothing, but continues the same course of action. It has become clear to me in my nine months at AlphaMetrix and six months as Director of IT that these patterns can no longer be explained by ignorance, or incompetance, of senior management but represent a systematic attempt to deceive the public, the investor, and the regulator. Whether or not regulatory agencies will have the resources to do a proper investigation into this matter, investors and business partners have a right to be informed that AlphaMetrix is not, and does not do, what it claims.